Form 3A
(10/05)

# United States Bankruptcy Court

_Northern_ District Of _____ Illinois _____

In re _Jesse Davis_,
         Debtor

Case No. _08-10439_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _68.50_     Check one ☑   With the filing of the petition, or
                              ☐   On or before _4-25-08_

    $ _68.50_ _ on or before _5-25-08_

    $ _68.50_ _ on or before _6-25-08_

    $ _68.50_ _ on or before _7-25-08_

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 25 2008
KENNETH S. GARDNER, CLERK
PS REP. - SW

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

---
Signature of Attorney                    Date

---
Name of Attorney

---
Signature of Debtor                    _4-23-08_
(In a joint case, both spouses must sign.)      Date

---
Signature of Joint Debtor (if any)             Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_____ District Of _____Illinois____

In re __Jesse Davis_____,
_____Debtor_____

Case No. __08- 10439__

Chapter __13__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing
application.

☐      IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one  ☐     With the filing of the petition, or
                                     ☐     On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional
payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __APR 2 5 2008__

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court
_____
Kenneth S. Gardner, Clerk of the Court