```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 10439
    JESSE L DAVIS JR
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-6593


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/25/2008 and was not confirmed.

      The case was dismissed without confirmation 07/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00           .00           .00
COUNTRYWIDE HOME LOANS   SECURED NOT I          .00           .00           .00
CHASE MANHATTAN MORTGAGE CURRENT MORTG          .00           .00           .00
CHASE MANHATTAN MORTGAGE SECURED NOT I          .00           .00           .00
B-REAL LLC               UNSECURED           949.92           .00           .00
NICOR GAS                UNSECURED         NOT FILED          .00           .00
NICOR GAS                UNSECURED         NOT FILED          .00           .00
MIDLAND CREDIT           UNSECURED         NOT FILED          .00           .00
VILLAGE OF MATTESON      UNSECURED         NOT FILED          .00           .00
NCO FIN/22               UNSECURED         NOT FILED          .00           .00
LVNV FUNDING             UNSECURED         NOT FILED          .00           .00
RIVER OAKS TOYOTA        UNSECURED         NOT FILED          .00           .00
MIDLAND CREDIT           UNSECURED         NOT FILED          .00           .00
YELLOW PAGES             UNSECURED         NOT FILED          .00           .00
NORTH STAR CAPITAL ACQ   UNSECURED           443.05           .00           .00
ROUNDUP FUNDING LLC      UNSECURED           266.72           .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                            --------------        --------------
TOTALS                         .00                     .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 10439 JESSE L DAVIS JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```